# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# FORT MYERS DIVISION

JASON TOMCZAK on his own behalf and others
similarly situated,

                Plaintiff,

-vs-                                            Case No.  2:08-cv-178-FtM-29SPC

GLOBAL LINK SYSTEMS, INC. a Florida
corporation,

                Defendant.
_____

## REPORT AND RECOMMENDATION

**TO THE UNITED STATES DISTRICT COURT**

This matter comes before the Court on the Joint Notice of Filing and Joint Motion for Approval of Settlement Agreement as Stipulated Final Judgment (Doc. #20) filed on October 23, 2008.

This case was brought under the Fair Labor Standards Act (FLSA) 29 U.S.C. § 201 *et. seq*. The Parties have reached a settlement agreement and seek court approval of that agreement. In Lynn's Food Stores, Inc. v. United States, 679 F.2d 1350, 1352-1355 (11th Cir. 1982),  the Eleventh Circuit explained that claims for back wages under the FLSA may only be settled or compromised when the Department of Labor supervises the payment of back wages or when the district court enters a stipulated judgment "after scrutinizing the settlement for fairness."  In the Joint Motion for Approval submitted by the Parties, (Doc. # 19), the Parties provide that the Defendants will pay 100% of the Plaintiff's agreed upon settlement sum plus attorney's fees.  Because the Plaintiff, Jason Tomczak, has agreed that the settlement figure was entered into knowingly and voluntarily, after

having the opportunity to fully discuss it with his attorney, the Court concludes that the proposed settlement is a fair and reasonable resolution of a bona fide dispute over the FLSA.

In the Joint Motion for Approval submitted by the Parties, (Doc. # 20), the Parties provide that the Defendants will pay the Plaintiff $2,000.00 in lost overtime wages. The Plaintiff's Attorney states she spent 10 hours on the case at $300.00 per hour for a total $3,000.00 but reduced the fees to a consolidated $1,500.00 in fees and $500.00 in costs.

Because the Plaintiff, Jason Tomczak, has agreed that the settlement figure of $2,000.00 was entered into knowingly and voluntarily, after having the opportunity to fully discuss it with Counsel, the Court concludes that the proposed settlement is a fair and reasonable resolution of a bona fide dispute over the FLSA. Accordingly, it is now

**RESPECTFULLY RECOMMENDED:**

The Joint Notice of Filing and Joint Motion for Approval of Settlement Agreement as Stipulated Final Judgment (Doc. #20) should be **GRANTED** and the settlement agreement should be **APPROVED** by the District Court. It is further respectfully recommended the case should be **DISMISSED with Prejudice** pursuant to the agreement of the Parties and the Clerk should be directed to close the file.

Failure to file written objections to the proposed findings and recommendations contained in this report within ten (10) days from the date of its filing shall bar an aggrieved party from attacking the factual findings on appeal.

**Respectfully recommended** at Fort Myers, Florida, this __17th__ day of December, 2008.

_____
SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies: All Parties of Record